

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2015

No. 04-15-00124-CR

Hector **RAMIREZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2894
The Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Court reporter Lisa Ramos has filed a notification of late reporter's record stating that appellant has not filed a designation of record or made arrangements for paying the fee for the reporter's record. Because court reporter Erminia Uviedo also filed a notification of late reporter's record stating that appellant had not paid or made arrangements to pay the fee for the reporter's record, on April 23, 2015, we ordered appellant to provide written proof to this court on or before May 4, 2015 that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) he was entitled to appeal without paying the reporter's fee. We explained that if appellant failed to respond by May 4, 2015, his appellant's brief would be due May 26, 2015, and we would only consider those issues or points raised in his brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Because court reporter Ramos has also noted that appellant has failed to file a designation of record, *see* TEX. R. APP. P. 34.6(b)(1), we ORDER appellant to file written proof to this court on or before **May 11, 2015** that he has filed a designation of record with the court reporters. As noted in our previous order, if appellant fails to respond within the time provided, his brief will be due May 26, 2015, and we will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court